UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                    Plaintiff,

     -against-

MICHAEL BONGIORNO,

                    Defendant.

25-cv-0223 (LTS)

CIVIL JUDGMENT

     For the reasons stated in the February 25, 2025, order, this action is dismissed without prejudice.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  February 26, 2025
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                  Chief United States District Judge